█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE MILLER, Appellant.— Motion by appellant *pro se* to submit a supplemental brief, in addition to the brief which may be submitted by his assigned counsel Harold M. Miller, Esq., on a pending appeal from two orders of the County Court, Westchester County, respectively entered May 8, 1963 and December 21, 1964, denying appellant's *coram nobis* application; such appeal being presently on the calendar for the October Term of this court, beginning September 29, 1965. The motion is granted on condition that such supplemental brief be forwarded promptly by appellant to his assigned counsel, and that such supplemental brief be served and filed by assigned counsel. Motion by appellant *pro se* for permission to file a late notice of appeal from order of the Supreme Court, Dutchess County, received by appellant on February 9, 1965, denied. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. L. T. FIELDS, Appellant.— Motion by appellant to be furnished with free transcripts of the stenographic minutes of the trial, the pretrial proceedings and the post-trial proceedings, in accordance with the prior order of this court dated May 10, 1965. The motion is denied without prejudice to appellant's renewal of such motion in the Supreme Court, Queens County. The said order of May 10, 1965 directed the Clerk of *that court* to furnish such transcript pursuant to statute (Code Crim. Pro., § 456). Ughetta, Acting P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD C. LANG, Appellant.— Defendant's letter dated June 5, 1965, will be treated as an application for reargument of his motion for assignment of counsel and to dispense with printing on appeal from a judgment of the County Court, Nassau County, rendered April 2, 1965. The motion for reargument is granted. On reargument, defendant's motion for assignment of counsel and to dispense with printing is denied without prejudice to renewal in the event defendant is resentenced and he thereafter files and serves a timely notice of appeal from the judgment upon the resentence. In the meantime defendant's said letter is referred to the County Court, Nassau County, where it may be treated as a *coram nobis* application to vacate the prior sentence and to be resentenced, in order to afford defendant the right to take a timely appeal. It appears from the defendant's letter that he was prevented by the prison authorities from filing and serving a timely notice of appeal from the original judgment rendered April 2, 1965. If defendant's allegations be correct then it would appear that he is entitled to be resentenced for the purpose stated (*People* v. *Hairston*, 10 N Y 2d 92). (A copy of the defendant's letter and a copy of this decision are being forwarded to the District Attorney of Nassau County.) Bernard S. Greco, Esq., 288 Merrick Avenue, Merrick, New York, is assigned as defendant's attorney for the purpose of prosecuting such *coram nobis* application. Ughetta, Acting P. J., Brennan, Hill, Rabin and Benjamin, JJ., concur.